OPINION — AG — ** APPLIANCE DEALERS — TRANSPORTATION OF LPG GAS ** HOUSE BILL NO. 729 STATES THAT " ALL DEALERS WHO ARE OPERATING STORES OR ANY KIND OF BUSINESS " WHO ARE ALSO SELLING APPLIANCES PRIMARILY DESIGNED TO BE USED FOR THE UTILIZATION OF LIQUEFIED PETROLEUM GAS ARE REQUIRED, BY SECT. 4 TO OBTAIN A REGISTRATION PERMIT TO SELL SUCH APPLIANCES. (CONTAINERS, APPARATUSES, TRANSPORTATION OVER HIGHWAYS, LICENSE) CITE: 52 O.S. 420.1 [52-420.1], 52 O.S. 420.4 [52-420.4] (J. H. JOHNSON)